**Order entered September 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00387-CR

**HECTOR MANUEL TOLEDO-ARGUETA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82111-2013**

## ORDER

Before the Court is appellant's September 16, 2018 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received on September 16 filed as of the date of this order.

/s/    CRAIG STODDART
          JUSTICE